# *IN THE DISTRICT COURT OF THE UNITED STATES*
## *for the Western District of New York*

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**RASHAWN SALMON a/k/a Sean John**

**JULY 2024 GRAND JURY**
**(Impaneled 7/26/2024)**

**SUPERSEDING INDICTMENT**
**24-CR-156-JLS**

**Violations:**
Title 21, United States Code, Sections
841(a)(1), 846, 856(a)(1), and 860
Title 18, United States Code, Section
924(c)(1)(A)(i)
(5 Counts and 2 Forfeiture Allegations)

## COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

Between in or about 2016, the exact date being unknown to the Grand Jury, and on or about August 28, 2024, in the Western District of New York and elsewhere, the defendant, **RASHAWN SALMON a/k/a Sean John**, did knowingly and willfully combine, conspire, and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute:

a. 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

b.  400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; and

c.  100 grams or more of a mixture and substance containing a detectable amount of p-Fluorofentanyl, a Schedule I controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl),

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

**(Possession with Intent to Distribute 400 Grams or More of
Fentanyl Within 1,000 Feet of a Playground)**

**The Grand Jury Further Charges That:**

On or about August 28, 2024, in the Western District of New York, within 1,000 feet of real property comprising a playground, that is, the playground located at Gill Creek Park, Niagara Falls, New York, the defendant, **RASHAWN SALMON a/k/a Sean John**, did knowingly and intentionally possess with intent to distribute, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 860.**

2

## COUNT 3

### (Possession with Intent to Distribute 100 Grams or More of a
### Fentanyl Analogue Within 1,000 Feet of a Playground)

### The Grand Jury Further Charges That:

On or about August 28, 2024, in the Western District of New York, within 1,000 feet of real property comprising a playground, that is, the playground located at Gill Creek Park, Niagara Falls, New York, the defendant, **RASHAWN SALMON a/k/a Sean John**, did knowingly and intentionally possess with intent to distribute, 100 grams or more of a mixture and substance containing a detectable amount of p-Fluorofentanyl, a Schedule I controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 860.**

## COUNT 4

### (Maintaining a Drug-Involved Premises Within 1,000 Feet of a Playground)

### The Grand Jury Further Charges That:

Beginning in or before August 2024, the exact date being unknown to the Grand Jury, and continuing to on or about August 28, 2024, in the Western District of New York, within 1,000 feet of real property comprising a playground, that is, the playground located at Gill Creek Park, Niagara Falls, New York, the defendant, **RASHAWN SALMON a/k/a Sean John**, did unlawfully and knowingly use and maintain a place, that is the premises at 327 Hyde Park, Niagara Falls, New York, for the purpose of manufacturing, distributing, and using fentanyl, a Schedule II controlled substance, and p-Fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

All in violation of Title 21, United States Code, Section 860.

## COUNT 5

**(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)**

**The Grand Jury Further Charges That:**

Between on or about July 21, 2020, and on or about July 23, 2020, in the Western District of New York and elsewhere, the defendant, **RAWSHAWN SALMON a/k/a Sean John**, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, committed in the manner set forth in Count 1 of this Superseding Indictment, the allegations of which are incorporated herein by reference, did knowingly possess a firearm.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

## FIRST FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon any conviction of Counts 1 through 4 of this Superseding Indictment, the defendant, **RASHAWN SALMON a/k/a Sean John**, shall forfeit to the United States, all his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violations, including, but not limited to:

4

**CURRENCY**:

a. Approximately fifteen thousand dollars ($15,000.00) in United States currency seized by law enforcement on or about August 28, 2024, in Niagara Falls, New York.

**JEWELRY**:

a. One (1) 10k bright polished rose, yellow, and whole gold diamond Niagara Falls medallion-style pendant;

b. One (1) pair of 14k stamped bright polished yellow gold diamond earrings;

c. One (1) 10k bright and polished rose/yellow gold diamond Cuban link chain;

d. One (1) 24-inch 14k yellow gold rope chain;

e. One (1) 24-inch 10k yellow gold chain;

f. One (1) 26-inch 14k yellow gold chain;
g. Three (3) gold and diamond memorial pendants;

h. One (1) 14k stamped bright polished rose gold diamond Cuban link bracelet;

i. One (1) 18k stamped bright polished rose gold Patek Philippe diamond wristwatch, model number 5711; and

j. One (1) 18k stamped, Rolex Sky-Dweller Oyster Perpetual Superlative Chronometer wristwatch, model number 326938, all of which were seized by law enforcement on or about August 28, 2024, in Niagara Falls, New York.

**REAL PROPERTY:**

a. The premises and real property with its buildings, improvements, fixtures, attachments and easements, known as 327 Hyde Park Boulevard, Niagara Falls, New York and 3322 Church Avenue, Niagara Falls, New York; that is, all that tract or parcel of land, situate in the City of Niagara Falls, County of Niagara and State of New York and more particularly described in a certain deed recorded in the Niagara County Clerk's Office under Instrument Number 2022-17644

**MONETARY AMOUNT:**

The sum of approximately three million one hundred nine thousand seven dollars and ninety-six cents ($3,109,007.96) in United States currency, or an amount to be determined by the Court, which sum of money is equal to the total amount of proceeds obtained as a result of the offenses for which the defendant, **RASHAWN SALMON a/k/a Sean John**, is charged.  In the event that the above sum is not available, then a forfeiture money judgment for the same amount will be entered against the defendant, **RASHAWN SALMON a/k/a Sean John**.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence,

(b)    has been transferred or sold to, or deposited with, a third person,

(c)    has been placed beyond the jurisdiction of the Court,

(d)    has been substantially diminished in value, or

(e)    has been commingled with other property which cannot be divided without difficulty.

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

**SECOND FORFEITURE ALLEGATION**

**The Grand Jury Further Alleges That:**

Upon conviction of Counts 1 and/or 5 of this Superseding Indictment, the defendant, **RASHAWN SALMON a/k/a Sean John**, shall forfeit to the United States, all his right, title and interest in any firearm and ammunition involved or used in the commission of the

offenses, or found in the possession or under the immediate control of the defendant, including but not limited to:

**FIREARM AND AMMUNITION:**

    a. One Taurus PT740 Slim 40 caliber pistol, bearing serial number SDT04482 seized on or about July 23, 2020 in Baltimore, Maryland, and any ammunition contained therein.

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED:  Buffalo, New York, May 7, 2025.

MICHAEL DIGIACOMO
United States Attorney

BY:   S/TIMOTHY C. LYNCH
TIMOTHY C. LYNCH
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5846
Timothy.Lynch@usdoj.gov

A TRUE BILL:

FOREPERSON
FOREPERSON

7